NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____
SALEEM D. ALI,                   :

                                 :     Civil Action No. 05-2459 (SDW)

                                 :

            Plaintiff,       :

                                 :

v.                                :

                                 :

HILTON GATEWAY, ET AL.,     :     **ORDER ADOPTING THE**

                                 :     **REPORT AND RECOMMENDATION**

                                 :     **OF THE MAGISTRATE JUDGE**

                                 :

                                 :     January 10, 2007

           Defendants.     :
_____:

**WIGENTON,** District Judge.

      This matter, having come before the Court on the Report and Recommendation of United States Magistrate Judge Madeline Cox Arleo, filed December 15, 2006; and the Court having received no objections to the Report and Recommendation; and the Court having reviewed the Report and Recommendation and the other documents on file in this matter; and

      For good cause shown;

      It is on this 10th day of January, 2007, **ORDERED** that the December 15, 2006 Report and Recommendation of Magistrate Judge Arleo is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court.

      The Clerk of the Court shall remove this case from the Court's active docket.

      **SO ORDERED**.

                                    s/Susan D. Wigenton, U.S.D.J.